892

No. 74–6561.  HOLODNAK v. AVCO CORP., AVCO-LYCOM-
ING DIVISION.  C. A. 2d Cir.  Certiorari denied. ■

No. 74–6699.  CANNEY v. FLORIDA.  Dist. Ct. App.
Fla., 2d Dist.  Certiorari denied.

No. 74–6709.  BIRCH v. KOOTA ET AL.  C. A. 2d Cir.
Certiorari denied.

No. 74–6743.  JOHNSON v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.

No. 74–6744.  BARBEE ET AL. v. UNITED STATES.  C. A.
7th Cir.  Certiorari denied.

No. 74–6747.  JOHNSON v. KEVE, CORRECTIONS COM-
MISSIONER, ET AL.  C. A. 3d Cir.  Certiorari denied. ■

No. 74–6754.  FARRIS v. UNITED STATES.  C. A. 7th
Cir.  Certiorari denied.

No. 75–37.  RYAN ET UX. v. COMMISSIONER OF INTER-
NAL REVENUE.  C. A. 7th Cir.  Certiorari denied. ■

No. 75–55.  PELAEZ v. IMMIGRATION AND NATURALIZA-
TION SERVICE.  C. A. 5th Cir.  Certiorari denied. ■

No. 75–63.  ROSS v. REDA, JUDGE.  C. A. 6th Cir.
Certiorari denied.

No. 75–74.  CONQUE v. GAUTHE ET AL.  C. A. 5th Cir.
Certiorari denied.

No. 75–94.  BREWER v. UNITED STATES.  C. A. 9th
Cir.  Certiorari denied.